**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JULEE H. HEFT,** | : | **CIVIL ACTION NO. 1:04-CV-1709** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **AAI CORPORATION,** | : | |
| | : | |
| **Defendant** | : | |

### **ORDER**

AND NOW, this 9th day of May, 2005, upon consideration of the stipulation of voluntary dismissal (Doc. 17), in which the parties jointly request that the court enter an order of voluntary dismissal in the above-captioned case, and it appearing that the above-captioned case was dismissed by order of court dated February 28, 2005 (Doc. 16), it is hereby ORDERED that the request for an order of voluntary dismissal (Doc. 17) is DENIED as moot.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge